

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA S. RESTREPO AND CARLOS E. RESTREPO d/b/a COLLECTIVELY RDI GLOBAL SERVICES AND R & D INTERNATIONAL, | § | No. 08-13-00007-CV |
| | § | Appeal from the |
| | § | County Court at Law No. 5 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | |
| ALLIANCE RIGGERS & CONSTRUCTORS, LTD., | § | (TC# 2012-DCV04523) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.